```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  COLLEEN R. VILLARREAL
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-340 KJM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | ONLY AS TO DEFENDANT MALACHI T. |
| v. | ) | McCAULEY AND ORDER |
| | ) | |
| MALACHI T. McCAULEY, et al. | ) | |
| | ) | DATE: October 19, 2009 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Defendant Malachi T. McCauley in case number S-09-340 KJM.

DATED: September 29, 2009           LAWRENCE G. BROWN
                                    United States Attorney

                               By:  /s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

                    O R D E R

IT IS SO ORDERED:

DATED: September 30, 2009.

                                    _____
                                    U.S. MAGISTRATE JUDGE