1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTONIO PORRAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  09-mj-00340 KJM |
| Plaintiff, | |
| v. | **MOTION FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND TRIAL; STIPULATION AND ORDER** |
| ANTONIO PORRAS, et al. | |
| Defendants. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman, defendant, Antonio Porras, by and through his counsel, Erin J. Radekin, and defendant, Bryan Shiflett, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for trial confirmation hearing, October 1, 2009 at 10:00 a.m., and the date set for jury trial, October 19, 2009 at 10:00 a.m., in the above-captioned matter, and to continue the trial confirmation hearing to December 3, 2009 at 10:00 a.m., and the jury trial to January 11, 2010 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

The defendants seek additional discovery in this matter and the government has agreed to provide such discovery.  The Court is advised that Mr. Stegman and Mr. Fischer concur with this request and have authorized Ms. Radekin to sign this stipulation on his behalf.

1    The parties further agree and stipulate that the time period from the filing of this stipulation
2 until January 11, 2010 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.

7    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

8 IT IS SO STIPULATED

9 Dated: September 30, 2009               McGREGOR W. SCOTT
                                          United States Attorney
10
                                          By:     /s/ Matthew Stegman
11                                            MATTHEW STEGMAN
                                              Assistant United States Attorney
12
   Dated: September 30, 2009                      /s/ Erin J. Radekin
13                                            ERIN J. RADEKIN
                                              Attorney for Defendant
14                                            ANTONIO PORRAS

15 Dated: September 30, 2009                      /s/ David D. Fischer
                                              DAVID D. FISCHER
16                                            Attorney for Defendant
                                              BRYAN SHIFLETT
17

18                                            **ORDER**

19    For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial
20 confirmation hearing date of October 1, 2009 at 10:00 a.m., and the jury trial date of October 19,
21 2009 at 10:00 a.m., are VACATED and the above-captioned matter is set for trial confirmation
22 hearing on December 3, 2009 at 10:00 a.m., and jury trial on January 11, 2010 at 10:00 a.m.  The
23 court finds excludable time in this matter through January 11, 2010 under 18 U.S.C. §
24 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time
25 necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds
26 that the interest of justice served by granting the request outweigh the best interests of the public and
27 the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).
28 /////

1  IT IS SO ORDERED.

2  Dated: September 30, 2009.

_____
U.S. MAGISTRATE JUDGE

-3-