DAVID D. FISCHER, SBN 224900
ATTORNEY AT LAW
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:           (916) 447-8601
E-Mail:       davefischer@yahoo.com

Attorney for Defendant
BRYAN SHIFLETT

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>BRYAN SHIFLETT,<br><br>                     Defendant. | CR.S.  No.  2:09-cr-00340 KJM<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND TRIAL; STIPULATION AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Stegman, defendant Bryan Shiflett, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for trial confirmation hearing, January 28, 2010, at 10:00 a.m., and the date set for jury trial, February 22, 2010, at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller. The parties agree that the case may be set for jury trial on March 1, 2010 at 10:00 a.m. and for trial confirmation hearing on February 4, 2010 at 10:00 a.m. This stipulation has been reached because of the defense motion to continue the trial date for further preparation,

as set forth below. The government does not oppose the motion and stipulates to the dates set forth below.

Defense counsel is currently in trial in Sacramento Superior Court Case Number 09F05741 – People v. Joseph White.  Defense counsel expects to be in trial until February 2, 2010.  With regard to this case, the defense has requested additional reports and the United States Attorney's Office is contacting local law enforcement to see if they exist.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 1, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.


Dated:  January 25, 2010                         /S/David D. Fischer
                                                 DAVID D. FISCHER
                                                 Attorney for Defendant
                                                 BRYAN SHIFLETT


Dated:  January 26, 2010                         /S/ Matthew C. Stegman
                                                 MATTHEW C. STEGMAN
                                                 Assistant United States Attorney
                                                 Counsel for Plaintiff

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to continue the trial date is granted; the trial confirmation hearing date of January 28, 2010, at 10:00 a.m., and the jury trial date of

February 22, 2010, at 10:00 a.m. are VACATED; and the above-captioned matter is set for trial confirmation hearing on February 4, 2010, at 10:00 a.m. and jury trial on March 1, 2010, at 10:00 a.m. The court finds excludable time in this matter through March 1, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local Code T4.

IT IS SO ORDERED.

DATED:  January 27, 2010.

_____
U.S. MAGISTRATE JUDGE