BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLLEEN R. VILLARREAL
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-340 KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | INFORMATION AND |
| v. ) | ORDER |
| ) | |
| BRYAN SHIFLETT, ) | |
| ) | DATE: February 4, 2010 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Cr. No. S-09-340 KJM.

DATED: January 28, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:/s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED:

DATED: January 28, 2010.

_____
U.S. MAGISTRATE JUDGE